IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 10-159 - KD |
| | ) | |
| KELVIN CARNELL GOLDEN | ) | |

## FACTUAL RESUME

The defendant, **KELVIN CARNELL GOLDEN**, admits the allegations of Count One of the Indictment.

## ELEMENTS OF THE OFFENSE

**GOLDEN** understands that in order to prove a violation of Title 18, United States Code, Section 844(e), as charged in Count One of the Indictment, the United States must prove:

1. That the defendant maliciously conveyed false information, knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to unlawfully damage or destroy any building, by means of an explosive.

2. That the defendant used, or caused to be used, an instrument of commerce, such as [the mail] [a telephone] to communicate the threat; and

3. That the defendant acted knowingly and willfully.

## OFFENSE CONDUCT

Defendant, **GOLDEN**, admits in open court and under oath that the following statement is true and correct and constitutes evidence in this case. This statement of facts is provided solely to assist the Court in determining whether a factual basis exists for **GOLDEN's** plea of guilty. The statement of facts does not contain each and every fact known to **GOLDEN** and to the United States concerning the defendant's involvement in the charges set forth in the plea

agreement.

On October 27, 2009, defendant, Golden, using a cell phone, maliciously made a false statement to the Conecuh County E-911 Center, advising there was a bomb in the Conecuh County Court House that was going to go off at 10:00 a.m. At the time defendant made such threat, he knew that the statement was false. Evergreen Police units and Evergreen Volunteer Fire Department responded to the court house and evacuated everyone. After the 10:00 a.m. deadline had passed and nothing happened the EPD units along with the Evergreen Volunteer Fire Department did a search of the premises and found no bomb and nothing suspicious. The Evergreen Police were able to trace the bomb threat phone call to a phone belonging to Candice Perkins which the defendant used that day to make the above mentioned threat.

AGREED TO AND SIGNED.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

Date: 9-9-10

GREGORY A. BORDENKIRCHER
Assistant United States Attorney

Date: 9/15/10

KELVIN CARNELL GOLDEN
Defendant

Date: 9/15/10

LINDA COLLINS JENSEN
Attorney for Defendant