IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 10-00159-KD |
| | ) | |
| KELVIN CORNELL GOLDEN | ) | |

## ORDER ON GUILTY PLEA

On **September 16, 2010**, defendant appeared with counsel, **Linda Jensen,** and entered a plea of guilty to Count **1** of the **Indictment,** charging the offense of **Title 18, United States Code, Section 844(e), maliciously conveying false information (bomb threat).**[1] The Government was represented by **Greg Bordenkircher,** and the hearing was recorded by court reporter, **Eddie Howard**.

Defendant's guilty plea was accepted and defendant was found guilty as charged.

The following is ORDERED:

Defendant shall appear for sentencing on **Thursday, January 13, 2011 at 11:00 a.m.**, Courtroom **5A**, U. S. Courthouse, Mobile, Alabama.

The presentence investigation report shall be completed by U. S. Probation and disclosed to the parties on or before **December 9, 2010.**

On or before **December 30, 2010**, the parties shall each file a "Position of (United States) (Defendant) with Respect to Sentencing Factors" in accordance with this Court's Standing Order Number Five. All other requirements and deadlines of that Standing Order shall be strictly observed and enforced.

In the event that the parties chose to file a Sentencing Memorandum, it shall be due seven (7) days prior to the date of sentencing. In the event that the parties decide to file a Motion to Continue Sentencing based upon defendant's incomplete cooperation with the Government, the motion shall be due four (4) days prior to the date of sentencing.

Defendant shall remain in custody pending sentencing.

**DONE** and **ORDERED** this 22nd day of September, 2010.

                                                                                          **s/Kristi K. DuBose**
                                                                                          **KRISTI K. DuBOSE**
                                                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] This change of plea is based on a blind plea.