IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | * |
| | * |
| | *   CRIMINAL NO. 10-159 |
| KELVIN CARNELL GOLDEN | * |

## DEFENDANT'S POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS

Comes now the Defendant, KELVIN CARNELL GOLDEN , through undersigned counsel, and files his position of parties with Respect to Sentencing Factors:'

Defendant has no objections to the sentencing factors as outlined in the presentence report.

Defendant has been held on underlying state charge since December 17, 2009 in Conecuh County. He was transferred from Conecuh County on a Habeas Corpus Ad Prosequendum Writ on August 3, 2010 but remains in State custody. Defendant requests that this court give him credit for the thirteen(13) months he has been in jail awaiting the disposition of his cases.

Respectfully submitted,

 s/Linda Collins Jensen
LINDA COLLINS JENSEN, (COL062)
Attorney for Defendant
Post Office Box 40074
Mobile, Al. 36640
(251) 441-0081
E-mail: Lindajensen@comcast.net

**CERTIFICATE OF SERVICE**

      I, do hereby certify that I have on this the 19th the day of December 2010, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following::

Greg Bordenkircher, Esq.
Assistant United States Attorney

                                                s/Linda Collins Jensen
                                                LINDA COLLINS JENSEN