# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION 10-00159-KD |
| ) | |
| KELVIN CARNELL GOLDEN ) | |

## ORDER

On June 24, 2015, a hearing was held on a Petition for Warrant or Summons for Offender Under Supervision as to defendant Kelvin Carnell Golden (Doc. 68). Present at this hearing were Kelvin Carnell Golden, defendant, Latisha Colvin, counsel for defendant, and Assistant U. S. Attorney Sinan Kalayoglu, counsel for the Government.

Upon consideration of the evidence and for reasons more specifically set forth on the record, the court did not revoke the offender's supervised release term; however, the court **MODIFIED** the offender's conditions, as follows: the offender shall spend the next seven (7) months at the Keeton Corrections Residential Re-Entry Center located in Birmingham, Alabama; he is to abide by all the rules and regulations of the RRC as directed by staff and the Probation Office. The Court ordered that the offender remain in custody until such time as bed space for the offender becomes available. All of the original and special conditions that were initially imposed on January 13, 2011, remain in full force and effect.

The offender is hereby remanded to the custody of the U.S. Marshal pending bed space availability at the Keeton Corrections Residential Re-Entry Center.

**DONE and ORDERED** this 25th day of June, 2015.

                                        **s/ Kristi K. DuBose**
                                         KRISTI K. DuBOSE
                                         **UNITED STATES DISTRICT JUDGE**